PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>VLADISLAV ATAMANYUK,<br><br>                                    Defendant. | CASE NO.  2:14-CR-198 TLN<br><br>STIPULATION AND ORDER REGARDING RESTITUTION |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Vladislav Atamanyuk, by and through his counsel of record, hereby stipulate as follows:

1.      This Court sentenced the defendant on August 18, 2016, to forty-five months in prison, and judgment was entered against him on August 22, 2016.

2.      Pursuant to the plea agreement, defendant has agreed to pay restitution pursuant to 18 U.S.C. § 3663A.

3.      As set forth in the factual basis to the plea agreement, the amount of loss directly attributable to the defendant is approximately $50,000, which accords with the parties' estimate of the appropriate amount of restitution in this case, as to this defendant.

4.      Based on the foregoing, and consistent with the plea agreement and the facts of this case, the parties stipulate and agree, and ask the Court to enter an order, that defendant Vladislav Atamunyuk shall pay restitution in the amount of $50,000, payment to be made by cashier's check payable to the

1

1  Clerk of the Court for the Eastern District of California.  This amount does not include any interest or

2  penalties.

3     5.     The parties request that the order amend the judgment and that the amended judgment

4  indicate that payment is due immediately, although it is anticipated that upon the commencement of the

5  defendant's supervised release, the Probation Office will establish a payment plan for the payment of

6  remaining amounts.  Further, the parties request that, pursuant to 18 U.S.C. § 3664(k), the amended

7  judgment provide that the defendant is required to notify the Court and the Attorney General of any

8  material change in his economic circumstances that might affect his ability to pay restitution.  Upon

9  receipt of the notification, the Court may, on its own motion, or the motion of any party, including the

10  victim, adjust the payment schedule, or require immediate payment in full, as the interests of justice

11  require.  The parties ask that the amended judgment direct that restitution be made to the Department of

12  the Treasury at following address:

13

14     Internal Revenue Service-RACS

15     Attn: Mail Stop 6261, Restitution

16     333 W. Pershing Avenue

17     Kansas City, MO 64108

18

19     IT IS SO STIPULATED.

20

21  Dated:  September 21, 2016          PHILLIP A. TALBERT
                                        Acting United States Attorney
22

23                               By:  /s/ MICHELE BECKWITH
                                      MICHELE BECKWITH
24                                    Assistant United States Attorney

25

26  Dated:  September 20, 2016          /s/ CHRISTOPHER R. COSCA
                                        CHRISTOPHER R. COSCA
27                                      Counsel for Defendant

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-198 TLN |
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| VLADISLAV ATAMANYUK, | |
| Defendant. | |

The Court is in receipt of a stipulation entered into by the parties in which the parties agree that, consistent with the plea agreement and the facts of this case, the Court may determine that restitution is owed by the defendant to the Department of the Treasury in the amount of $50,000 for the acts that he committed in this case which are the basis of his conviction.

Based upon the foregoing, and consistent with the parties' stipulation and pursuant to Title 18, United States Code, Section 3663A, it is hereby ordered that:

The defendant Vladislav Atamanyuk is ordered to pay restitution in the amount of $50,000 to the Department of the Treasury.  Payment is due immediately, and it is anticipated that upon the commencement of the defendant's supervised release, the Probation Office will establish a payment plan for the payment of remaining amounts.  Further, pursuant to 18 U.S.C. § 3664(k), the defendant is required to notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.  Upon receipt of the notification, the Court may, on its own motion, or the motion of any party, including the victim, adjust the payment schedule,

1    or require immediate payment in full, as the interests of justice require.

2          Restitution payments will be forwarded to the Department of the Treasury at following address:

3

4          Internal Revenue Service-RACS

5          Attn: Mail Stop 6261, Restitution

6          333 W. Pershing Avenue

7          Kansas City, MO 64108

8

9          The judgment in this case shall be amended to reflect the foregoing.

10         IT IS SO ORDERED.

11

12   Dated: September 21, 2016

13

14

15                                                    _____
                                                      Troy L. Nunley
16                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28